Peter H. Barlow, #7808
Sade' A. Turner, #11181
Andrew D. Day, #13683
STRONG & HANNI, P.C.
3 Triad Center, Suite 500
Salt Lake City, Utah 84180
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for American Family Mutual Insurance*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>CAROLINE UMANA,<br><br>Debtor. | **AMERICAN FAMILY MUTUAL INSURANCE'S MOTION TO REOPEN DEBTOR CAROLINE UMANA'S CHAPTER 7 BANKRUPTCY CASE**<br><br>Bankruptcy No. 12-24931<br><br>Honorable William T. Thurman |

American Family Mutual Insurance, by and through counsel, respectfully requests that the Court reopen Caroline Umana's Chapter 7 Bankruptcy Case pursuant to 11 U.S.C. 350(b) and Fed. R. Bank. P. 5101. A Memorandum in Support of this Motion is filed simultaneously herewith.

DATED this 31st day of January, 2013.

                                            STRONG & HANNI

                                            /s/ Andrew D. Day
                                            Peter H. Barlow
                                            Andrew D. Day
                                            Sade' A. Turner
                                            *Attorneys for Respondent American Family Mutual Insurance*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2013, a true and correct copy of the foregoing **AMERICAN FAMILY MUTUAL INSURANCE'S MOTION TO REOPEN DEBTOR CAROLINE UMANA'S CHAPTER 7 BANKRUPTCY CASE** was served by the method indicated below to the following:

Taylor North  
Siegfried & Jensen  
5664 South Green St.  
Murray, Utah 84123

(X) U.S. Mail, Postage Prepaid  
( ) Hand Delivered  
( ) Overnight Mail  
( ) Facsimile  
(X) Electronically

Tony G. Jones  
Law Office of Davis & Jones, PC  
180 East 2100 South, Suite 102  
Salt Lake City, UT 84115

(X) U.S. Mail, Postage Prepaid  
( ) Hand Delivered  
( ) Overnight Mail  
( ) Facsimile  
(X) Electronically

_Jamie Hordloe_

United States Bankruptcy Court  
Frank E. Moss, United States Courthouse  
350 South Main Street, #301  
Salt Lake City, Utah 84101

3