Peter H. Barlow, #7808
Sade' A. Turner, #11181
Andrew D. Day, #13683
STRONG & HANNI, P.C.
3 Triad Center, Suite 500
Salt Lake City, Utah 84180
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for American Family Mutual Insurance*

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>CAROLINE UMANA,<br><br>    Debtor. | **MEMORANDUM IN SUPPORT OF AMERICAN FAMILY MUTUAL INSURANCE'S MOTION TO REOPEN DEBTOR CAROLINE UMANA'S CHAPTER 7 BANKRUPTCY CASE**<br><br>Bankruptcy No. 12-24931<br><br>Honorable William T. Thurman |

American Family Mutual Insurance, by and through counsel, respectfully submits this

Memorandum in Support of its Motion to Reopen Carolina Umana's Bankruptcy Case in order to

file an adversary proceeding requesting declaratory judgment.

"A case may be reopened in the court in which such case was closed to administer assets,

to accord relief to the debtor, or *for other cause*." 11 U.S.C. § 350(b) (emphasis added). The

Bankruptcy Court has discretion to reopen a closed case or proceeding when the moving party

demonstrates cause to reopen the matter. *Flores v. United States Trustee (In re Flores)*, 2001

Bankr. LEXIS 521, citing *Batstone v. Emmerling (In re Emmerling), 223 B.R. 860, 864 (2d Cir.*

BAP 1997).

> A case may be reopened on motion of the debtor or other party in interest pursuant to §350(b) of the Code. In a chapter 7, 12, or 13 case a trustee shall not be appointed by the United States trustee unless the court determines that a trustee is necessary to protect the interests of creditors and the debtor or to insure efficient administration of the case.

Fed. R. Bank. P. § 5010.

The Court should grant American Family Mutual Insurance's motion because it is

appropriate to reopen Caroline Umana's Bankruptcy Case when Ms. Umana failed to disclose

her pending claim against American Family Mutual Insurance in her Bankruptcy pleadings and

schedules before she was awarded a discharge. Attached as Exhibit A is American Family

Mutual Insurance's Complaint for the adversary proceeding requesting the Bankruptcy Court to

declare that Ms. Umana is judicially estopped and no longer has standing to pursue her claim

against American Family Mutual Insurance.

DATED this 31st day of January, 2013.

STRONG & HANNI

Peter N. Barlow
Sade' A. Turner
Andrew D. Day
*Attorneys for Respondent American Family Mutual Insurance*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___31st___ day of January, 2013, a true and correct copy of the

foregoing **MEMORANDUM IN SUPPORT OF AMERICAN FAMILY MUTUAL**

**INSURANCE'S MOTION TO REOPEN DEBTOR CAROLINE UMANA'S CHAPTER 7**

**BANKRUPTCY CASE** was served by the method indicated below to the following:

Taylor North                                    (X) U.S. Mail, Postage Prepaid
Siegfried & Jensen                              (  ) Hand Delivered
5664 South Green St.                            (  ) Overnight Mail
Murray, Utah 84123                              (  ) Facsimile
                                                (X) Electronically


Tony G. Jones                                   (X) U.S. Mail, Postage Prepaid
Law Office of Davis & Jones, PC                 (  ) Hand Delivered
180 East 2100 South, Suite 102                  (  ) Overnight Mail
Salt Lake City, UT 84115                        (  ) Facsimile
                                                (X) Electronically


*Jamie Goodloe*


United States Bankruptcy Court
Frank E. Moss, United States Courthouse
350 South Main Street, #301
Salt Lake City, Utah 84101